JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California
    Telephone: (415) 436-6401
    Facsimile: (415) 436-6982
    E-Mail: nicole.kim@usdoj.gov

Attorneys for the United States of America

FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3  08  70379  BZ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. |
| Plaintiff, ) | |
| v. ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| DRURI LEVI, ) | |
| Defendant. ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 21, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

X Other (describe): Violation Notice/Citation

pending in the Western District of Kentucky, Violation Number A2429333

1

1  In that case, the defendant is charged with a violation(s) of Kentucky Code 189A.010.
2  Description of Charges: Driving under the influence of a controlled substance.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: <u>June 24, 2008</u>

NICOLE M. KIM
Assistant U.S. Attorney

2

AO 238
(REV. 8/83)

# /1483454

# United States District Court

FOR THE
WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| VS. | A2429333 / KW-11 | 8/7/07 |
| DRURI LEVI<br>B/1/87TH INF<br>FORT CAMPBELL, KY 42223 | KRS189A.010⁶ | |
| Defendant. | DUI MARIJUANA | |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

• Collateral in the Amount of $ ___MCA___ may be Forfeited in Lieu of Appearance.

Date  April 22, 2008                                   _____
                                                        United States Magistrate Judge

### RETURN

| RECEIVED | Date | Location |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|

Name _____  Title _____  District _____

Date _____  Signature _____

# NCIC

06/23/2008  09:46  5106370574  USMS OAKLAND  PAGE 04/04

**KY # 76 (4 Oct 07)**

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on August 7, 2007 while exercising my duties as a law enforcement officer in the Western District of Kentucky

I was traveling southbound on Wickam when I noticed a gray in color Ford Taurus Travelling without headlights on. After with the traffic stop was determined that the driver was impaired by unknown means. After performing SFST's it was determined that the driver was under the influence and a search of the vehicle revealed that the driver was under the influence of marijuana.

The foregoing statement is based upon:
☑ my personal observation   my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 08/07/2007  [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy)  US Magistrate Judge

CVB Scan 8/28/2007 13:51:45

---

**United States District Court**
**Violation Notice**

CVB Location Code: KW-11

Violation Number: A 2429333
Officer Name (Print): PFC Curtis
Officer No: C8605

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 08/07/2007 0205
Offense Charged: ☑ CFR ☐ USC ☑ State Code
KRS 189A.010

Place of Offense: 58th and Wickam

Offense Description: 
1h/m Et.
Decuit ASS 149
B co 1/167th Driving under the Influence (drugs)

DEFENDANT INFORMATION
Phone: (804) 896-3938
Last Name: Levi
First Name: Druri
M.I.: M

Street Address: 6764 Air Assault Rm 247
City: Ft Campbell  State: KY  Zip Code: 42223
Drivers License No: D651852  DL State: CA  Social Security No: 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
☐ Adult ☐ Juvenile  Sex: ☑ Male ☐ Female  Hair: Br  Eyes: Hazel  Height: 5'8"  Weight: 150  DOB: 05/19/1985

VEHICLE DESCRIPTION
VIN: 1FABP52S6262974ET
Tag No: 126 MRW  State: TN  Year: 02  Make/Model: Ford Taurus  Color: Gray

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

   Forfeiture Amount
   + $25 Processing Fee
   $ Total Collateral Due

PAY THIS AMOUNT → $ _____

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)
Court Address: 35th + Indiana    Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

06/23/2008  09:46   5106373674            USMS OAKLAND                    PAGE  03/04

06/23/2008  10:52   2704151710            U.S. MARSHALS (PAD)             PAGE  02/03

AO 238
(REV. 8/93)

# /1483454

# United States District Court

FOR THE
WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA VS. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| DRURI LEVI<br>B/1/87TH INF<br>FORT CAMPBELL, KY  42223<br><br>Defendant. | A2429333  /  KW-11<br><br>KRS189A.010<br><br>DUI MARIJUANA | 8/7/07 |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

• Collateral in the Amount of $ ___MCA___ may be Forfeited in Lieu of Appearance.

Date  April 22, 2008                         _____
                                              United States Magistrate Judge

---

### RETURN

| RECEIVED | Date | Location |
|---|---|---|
| | | |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| Date | Location |
|---|---|
| | |

Name _____  Title _____  District _____

Date _____  Signature _____

* NCIC

06/23/2008  09:46  5106370674                    USMS OAKLAND                                    04/04

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on August 7, 2007 while exercising my duties as a law enforcement officer in the Western District of Kentucky

I was traveling southbound on Wickam when I noticed a gray 4 door Ford Taurus travel northbound without tail lights after which the vehicle stopped. I observed that the driver was impaired by unknown means. Following SFST's it was determined that the driver was under the influence of a controlled substance. The vehicle revealed that the driver was under the influence of marijuana.

The foregoing statement is based upon:
☑ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 08/07/2007
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on 8/28/2007  13:51:45
Date (mm/dd/yyyy)    U.S. Magistrate Judge

---

KY # 76 (4 Oct 07)

**United States District Court**
**Violation Notice**

| Violation Number | CVB Location Code | Officer Name (Print) | Officer No |
|---|---|---|---|
| A 2429333 | KW-11 | PFC Curts | C9805 |

A 2429333

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 08/07/2007 0205
Offense Charged: ☑ CFR ☐ USC    KRS 189A.010
State code

Place of Offense: 58th and Wickam

Offense Description: Injury E1
Decal# ASD 749
B.co 1/16th  Driving Under the Influence (drugs)

**DEFENDANT INFORMATION**
Phone: (904) 796-3125
Last Name: Levi  First Name: Druri  M.I.
Street Address: 6764 Air Assault Rm 24L
City: Ft Campbell  State: KY  Zip Code: 42223
D.L. State: CA  D.L. No: D6514952  Social Security No: 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
Date of Birth: 08/11/1988
Hair: Br  Eyes: Hzl  Height: 5'8  Weight: 162
Adult ☑  Juvenile ☐  Sex: ☑ Male  ☐ Female

**VEHICLE DESCRIPTION**  VIN: 1FABP50SE262014E
Tag No: 126 MRW  State: TN  Year: 02  Make/Model: Ford Taurus  Color: Gray

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT → $

**YOUR COURT DATE**
Court Address: 35th + Indiana
Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Drury Levi