ORIGINAL

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant LEVI
6

FILED

JUN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-3-08-70379 BZ |
|---|---|
| Plaintiff, | ) |
|  | ) [PROPOSED] ORDER FOR RELEASE |
| vs. | ) |
| DRURI LEVI, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that defendant Druri Levi be released from U.S. Marshal custody today, June 24, 2008. He is further ORDERED to appear before Magistrate Judge NANDOR VADAS @ ~~Maria-Elena James~~, on July 11th, 2008 at 9:30 a.m. for a status conference.

Dated: 6/25/08

_____
THE HONORABLE NANDOR J. VADAS
UNITED STATES DISTRICT COURT JUDGE

*Levi*, 3-08-70379
ORDER FOR RELEASE                    1