| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 02 | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Wings Hom | | REPORTER/FTR 10:21-10:23 | | |
| MAGISTRATE JUDGE NANDOR J. VADAS | DATE July 11, 2008 | | NEW CASE ☐ | CASE NUMBER 3-08-70379 MEJ | |

**APPEARANCES**

| DEFENDANT Druri Levi | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Elizabeth Falk | PD. ☐  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Nicole Kim | INTERPRETER | | | FIN. APFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Paul Mamaril | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Case dismissed. Off calendar

cc: Gloria,

DOCUMENT NUMBER:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS | ) CASE NUMBER: KW11/A2429333 |
| | ) |
| DRURI LEVI | ) |

## ORDER OF DISMISSAL

Pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure, and upon request by the United States, the Court hereby dismisses the charges of Driving Under the Influence of a Controlled Substance pending against Druri Levi.

It is so ORDERED on this the 10<sup>r</sup> day of July 10, 2008.

_____
W. DAVID KING
United States Magistrate Judge